October 8, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SHAFAII CHILDREN'S TRUST AND PARTY AND RECEPTION CENTER,
INC., Appellant

NO. 14-12-00447-CV                           V.

WEST AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL
INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY,
AND AMERICA FIRST INSURANCE COMPANY, Appellees

_____

This cause, an appeal from the summary judgment in favor of appellees, West American Insurance Company, Liberty Mutual Insurance Company, Ohio Casualty Insurance Company, and America First Insurance Company, signed October 4, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Shafaii Children's Trust and Party and Reception Center, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.